UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BUILD-A-BEAR WORKSHOP, INC., A DELAWARE CORPORATION; AND DOES 1-10,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 20cv1613 DMS (JLB)<br><br>**ORDER DENYING AS MOOT DEFENDANT BUILD-A-BEAR WORKSHOP, INC.'S MOTION TO DISMISS** |

　　Defendant Build-A-Bear Workshop, Inc's motion to dismiss Plaintiff's Complaint is currently scheduled for hearing on December 11, 2020. In light of Plaintiff's filing of a First Amended Complaint, in lieu of opposing the motion to dismiss, the Court denies as moot the motion to dismiss Plaintiff's Complaint. Accordingly, the December 11, 2020 hearing is vacated. Per Federal Rule of Civil Procedure 15(a)(2), Plaintiff must seek the opposing party's written consent or the Court's leave to amend his complaint in the future.

　　**IT IS SO ORDERED**.

Dated: December 2, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　　United States District Judge