# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BUILD-A-BEAR WORKSHOP, INC., a Delaware Corporation; and Does 1-10,<br><br>　　　　　　　Defendants. | Case No. 3:20-cv-01613-DMS-JLB<br><br>**ORDER GRANTING DEFENDANT BUILD-A-BEAR WORKSHOP, INC.'S NOTICE OF MOTION AND MOTION TO WITHDRAW KRISTY H. SAMBOR AS COUNSEL FOR DEFENDANT BUILD-A-BEAR WORKSHOP, INC.** |

　　　This matter comes before the Court on Keesal, Young & Logan's Notice of Motion and Motion to Withdraw Kristy H. Sambor as Counsel for Defendant Build-A-Bear Workshop, Inc.  Having considered the Motion and appropriate matters of record, good cause exists to grant the motion.

　　　**IT IS HEREBY ORDERED** that Keesal, Young & Logan's Motion to Withdraw Kristy H. Sambor as Counsel for Defendant Build-A-Bear Workshop, Inc., is **GRANTED** and Kristy H. Sambor is no longer counsel for Defendant Build-A-Bear Workshop, Inc. as of the date of this order.

DATED:  March 3, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　　　　　United States Chief District Judge