UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>       Plaintiff,<br><br>  v.<br><br>BUILD-A-BEAR WORKSHOP, INC., a Delaware Corporation; and Does 1-10,<br><br>       Defendants. | Case: 3:20-cv-01613-DMS-JLB<br><br>**ORDER** |

Having considered the parties' joint motion for dismissal, and finding good cause, this action is hereby **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 4, 2021

_____
Hon. Dana M. Sabraw
United States Chief District Judge

1